# IN THE SUPREME COURT OF THE STATE OF NEVADA

JERMAINE HAMPTON, A/K/A
GERMAINE HAMPTON,
            Appellant,
vs.
THE STATE OF NEVADA,
            Respondent.

No. 81437 ✓

JERMAINE HAMPTON, A/K/A
GERMAINE HAMPTON,
            Appellant,
vs.
THE STATE OF NEVADA,
            Respondent.

No. 81438

**FILED**

JUL 3 0 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEALS

These are pro se appeals from district court orders denying a "Motion to Appeal Denial of Transcripts and Request for Transcripts" and denying a "Motion To Appeal Denial Of Transcripts and a Motion for Transcripts At State Expense and a Motion to Appeal Denial Of Transcripts." Eighth Judicial District Court, Clark County; Cristina D. Silva, Judge.

Because no statute or court rule permits an appeal from the aforementioned orders, this court lacks jurisdiction to consider these

20-27778

appeals. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, this court

ORDERS these appeals DISMISSED.

_____, J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

cc: Hon. Cristina D. Silva, District Judge
Jermaine Hampton
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk